UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

MORRIS PEARCE,

                                        Plaintiff,

-against-

P.O. TIMOTHY FODER, Tax Registry No. 933783, P.O.
"JOHN DOES" Nos. 1-6 and THE CITY OF NEW YORK,

                                        Defendants.

------------------------------------------------------------------ x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

CV 07 4946 (KAM)(MDG)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

      1.      The above-referenced action is hereby dismissed with prejudice.

Dated:     New York, New York
           _____, 2008

| | |
|---|---|
| Alan D. Levine, Esq.<br>Law Offices of Alan D. Levine<br>*Attorney for Plaintiff*<br>80-02 Kew Gardens Road<br>Suite 1010<br>Kew Gardens, New York 11415<br><br>By: /s/ Alan D. Levine<br>Alan D. Levine, Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, Room 3-199<br>New York, New York 10007<br>(212) 788-1106<br><br>By: /s/ Caroline Chen<br>Caroline Chen<br>Assistant Corporation Counsel |

SO ORDERED:

_____
HON. KIYO A. MATSUMOTO, U.S.D.J.